UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GLORIA GROVER; *et al,*

    Plaintiffs,

v.

BOYCE HYDRO POWER, LLC; *et al*,

    Defendants.

No. 1:20-cv-11428-TLL-PTM

Hon. Thomas L. Ludington
Magistrate Judge Patricia T. Morris

## ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)

This matter having come before the Court at Plaintiffs' request, the Court states as follows.

**WHEREFORE**, Plaintiffs, on behalf of themselves and all others similarly situated, have requested dismissal of Defendant Lee Mueller without prejudice. Defendant Lee Mueller is the last remaining Defendant in this case.

**NOW THEREFORE:**

**IT IS HEREBY ORDERED** that Defendant Lee Mueller is dismissed without prejudice and that this action is dismissed without prejudice, and without costs assessed

to either of the remaining parties, pursuant to Fed. R. Civ. P. 41(a)(2).

    **IT IS SO ORDERED.**

Dated: August 6, 2021            s/Thomas L. Ludington
                                             THOMAS L. LUDINGTON
                                             United States District Judge

Form submitted by:

*/s/ Michael J. Bonvolanta*
Michael J. Bonvolanta (P80038)
Robert J. Lantzy (P57013)
BUCKFIRE & BUCKFIRE, P.C.
29000 Inkster Road, Suite 150
Southfield, MI 48034
Ph: 248-569-4646
michael@buckfirelaw.com
robert@buckfirelaw.com

*Attorneys for Plaintiffs*

Dated: August 2, 2021